### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **EDNA SIMS,** | ) | |
| | ) | **Case No. 1:23-cv-02573** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Thomas M. Durkin** |
| | ) | |
| **SOC SECURITY AGENCY, INC** | ) | |
| | ) | **Jury Trial Demanded** |
| **Defendants.** | ) | |
| | ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

**To the Clerk of the U.S. District Court for the Northern District of Illinois:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, Edna Sims requests that the Clerk enter the default of Defendant, Soc Security Agency, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Alexander Taylor, Esq., attached hereto.

Dated this 5th day of June, 2023.

*/s/ Alexander Taylor, Esq.*
**Alexander Taylor, Esq.**
**Nathan C. Volheim, Esq.**
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: 630-575-8181
ataylor@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2023, a true and correct copy foregoing

has been provided electronically via electronic or U.S. mail to following:

**Soc Security Agency, Inc.**
**c/o Lucille (Refused Last Name)**
**7325 S. Cottage Grove, Ave.,**
**Chicago, IL 60619**

*Agent for Defendant*

/s/ *Alexander Taylor, Esq.*
**Alexander Taylor, Esq.**