# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EDNA SIMS, | ) |
| | ) Case No. 1:23-cv-02573 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Thomas M. Durkin |
| | ) |
| SOC SECURITY AGENCY, INC | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |
| | ) |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ILLINOIS

COUNTY OF COOK

Alexander Taylor, Esq. of the law firm Sulaiman Law Group LTD., being duly sworn, says that he is an attorney for Plaintiff in the above-entitled action; that the complaint and summons in this action were served on Defendant Soc Security Agency, Inc., on May 4, 2023; that service was made by process server, Phillip Chatman, to Manager Lucille (Refused Last Name) of the Defendant with a copy of the Complaint and Summons; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not pled, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

_____
**Alexander Taylor, Esq.**
**Nathan C. Volheim, Esq.**
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: 630-575-8181

ataylor@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Attorneys for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this 5th day of June, 2023.

_____
NOTARY PUBLIC

Amy Dittbenner
Printed

My commission expires: 3/16/2026    My County of residence: Kane



AMY J. DITTBENNER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 16, 2026

2